UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STATIC MEDIA LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LEADER ACCESSORIES LLC, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. 18-cv-330 |

## JOINT MOTION FOR STIPULATED PROTECTIVE ORDER

The parties hereby respectfully request that the Court enter the attached proposed Stipulated Protective Order, which has been agreed to by Plaintiff Static Media LLC and Defendant Leader Accessories LLC.

Dated this 14th day of September, 2018.

*s/ Harry E. Van Camp*
**DEWITT ROSS & STEVENS S.C.**
Harry E. Van Camp (#1018568)
Elijah B. Van Camp (# 1100259)
Two East Mifflin Street, Suite 600
Madison, WI 53703-2865
608-255-8891
hvc@dewittross.com
evc@dewittross.com


**FISHERBROYLES, LLP**
Vincent Bushnell
1200 Abernathy Road
Building 600, Suite 1700
Atlanta, GA 30328
678-902-7190
vincent.bushnell@fisherbroyles.com

**Attorneys for Plaintiff Static Media LLC**

2

      *s/ Jen-Feng Lee*
**BOLGRIEN, KOEPKE, KIMES & LIVINGSTON, LLC**
  Rodney W. Kimes (#1021059)
  542 East Grand Ave.
  Beloit, Wisconsin 53511
  608-365-7702
  rkimes@bolgrienlaw.com


  **LT PACIFIC LAW GROUP LLP**
  Jen-Feng Lee (#204328)
  17800 Castleton Street, Suite 560
  City of Industry, CA 91748
  626-810-7200
  jflee@ltpacificlaw.com

**Attorneys for Defendant Leader Accessories LLC**