UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STATIC MEDIA LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>LEADER ACCESSORIES LLC,<br><br>            Defendant. | Case No.: 18-CV-330 |

## MOTION TO SEAL DOCUMENTS

Plaintiff Static Media LLC, by and through its attorneys, hereby moves to file the following documents under seal:

1.     Deposition Transcript of Wayne Allan Chin, along with exhibits 1, 4, 5, 6, and 7.

2.     Exhibit 4 to the Declaration of Vincent Bushnell.

Static Media moves to seal these documents because the defendants have claimed that they are confidential under the protective order.

Dated this 18th day of April, 2019.

*/s/ Harry E. Van Camp*
**DEWITT LLP**
Harry E. Van Camp (#1018568)
Elijah B. Van Camp (# 1100259)
Two East Mifflin Street, Suite 600
Madison, WI  53703-2865
608-255-8891
hvc@dewittllp.com
evc@dewittllp.com

**FISHERBROYLES, LLP**
Vincent Bushnell
(Admitted *pro hac vice*)
945 East Paces Ferry Rd., NE
Suite 2000
Atlanta, GA 30326

678-902-7190
vincent.bushnell@fisherbroyles.com
**Attorneys for Plaintiff Static Media LLC**