IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STATIC MEDIA LLC,

    Plaintiff,

  v.

Case No. 18-cv-330-wmc

LEADER ACCESSORIES LLC,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Leader Accessories LLC and against plaintiff Static Media LLC dismissing the case.

| s/ K. Frederickson, Deputy Clerk | August 30, 2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |