# ATTACHMENT 1
# (Fees for Service of Subpoena)

**Attachment 1 (Fees for Service of Subpoena)**


# PHOENIX LEGAL INC.

251 Springs Xing, Canton, GA 30114  
Tax ID 47-4166639

Phone 770-873-6999 -- FAX 888-309-9909  
info@phoenixlegal.net

Attn: Denise Hsu  
LT Pacific Law Group, LLP  
17800 Castleton Street  
Suite 560  
City of Industry, CA 91748

Invoice Date: 10/10/2018  
Invoice #: 20129  
Job#: 181949  
Client File#:

**TOTAL INVOICE AMOUNT DUE**

$95.00

---

**Job #:** 181949   **Your #:**  
**Plaintiff:** STATIC MEDIA LLC  
**Defendant:** LEADER ACCESSORIES LLC  
**Case Number** 3:1 8-cv-00330-WMC  
**Documents:** Subpoena To Produce Documents, Information, Or Objects

**Recipient:** BELNICK INC.  
**Person Served:** HANNAH REESE  
4350 Ball Ground Highway, Canton, GA 30114

**Date Received:** 10/10/2018  
**Completed:** 10/10/2018

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Service Fee (Local) | 1 | $95.00 | $95.00 |
| | | Job Total Due = | $95.00 |

**TOTAL INVOICE CHARGES:** $95.00  
**TOTAL INVOICE PAYMENTS:**  
**TOTAL INVOICE AMOUNT DUE:** $95.00

**Notes**  
Thank you for your business !

PLEASE REMIT A COPY OF THE INVOICE AND PAYMENT WITHIN 30 DAYS OF RECEIPT.

**PAID**  
CK# 2145 - 10/12/2018  
$95.00

Page 1

**LT PACIFIC LAW GROUP LLP**
17800 CASTLETON STREET, SUITE #560
CITY OF INDUSTRY, CA 91748

2145
16-49/1220

DATE 10/12/2018

PAY TO THE ORDER OF Phoenix Legal Inc.   $ 95.00

Ninety - Five only   DOLLARS

UNION BANK
PUENTE HILLS OFFICE 4-085
17899 COLIMA ROAD
CITY OF INDUSTRY, CA 91748

FOR Inv# 20129 (serve Belnick Inc.) (Leader Accessories matter)

⑆002145⑆ ⑈122000496⑈ 0850081298⑆