UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

STATIC MEDIA LLC,

      Plaintiff,

                                                                                            Case No. 18-cv-330

v.

LEADER ACCESSORIES LLC,

      Defendant.
_____

**DEFENDANT'S MOTION TO STAY OR IN THE ALTERNATIVE TO STRIKE SCHEDULE**
_____

NOW COMES, Leader Accessories LLC, by its undersigned counsel and respectfully requests that the Court stay, or in the alternative strike, those deadlines set forth in the Court's December 27, 2019 Order (Dkt 65).

The Honorable Magistrate Judge Crocker, in his December 27, 2019 Order, granted, in part, Plaintiff's motion for sanctions and stayed Plaintiff's motion in all other respects, pending a schedule for certain submissions by the parties. Defendant, pursuant to Fed. R. Civ. P. 72(a), has timely filed its objection to the December 27, 2019 Order granting sanctions. Defendant requests that the Court stay the schedule set forth in the December 27, 2019 Order, pending a decision on Defendant's objection.

Dated this 10th day of January, 2020.

                                                s/ *Michael J. Modl*
                                                Michael J. Modl, SBN 1011419
                                                AXLEY BRYNELSON, LLP
                                                2 E. Mifflin Street, Suite 200
                                                Post Office Box 1767
                                                Madison, WI 53701-1767

Telephone: (608) 257-5661
Facsimile: (608) 257-5444
E-mail: mmodl@axley.com


Jen-Feng Lee – Pro Hac Vice
Cal. State Bar No. 204328
LT PACIFIC LAW GROUP LLP
17800 Castleton Street, Suite 560
City of Industry, CA 91748
T: (626) 810-7200
E: jflee@ltpacificlaw.com


*Attorneys for Defendant Leader Accessories LLC*