**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

STATIC MEDIA LLC,

      Plaintiff,

vs.                                        Case No.: 18-cv-330

LEADER ACCESSORIES LLC

      Defendant.

---

**NOTICE OF APPEAL BY DEFENDANT AND JEN-FENG (JEFF) LEE**

---

Pursuant to Fed. R. App. P. 3 and 4, notice is given that Defendant and its counsel, Jen-Feng (Jeff) Lee, appeal to the United States Court of Appeals for the Seventh Circuit from the final Text Only Order on sanctions entered in this action on July 1, 2021, Docket No. 81, including all prior interlocutory rulings.

Dated and signed this 30th day of July, 2021 in Madison, Wisconsin.

                                        Respectfully submitted,

                                        s/ *Michael J. Modl*
                                        Michael J. Modl
                                        AXLEY BRYNELSON, LLP
                                        2 E. Mifflin Street, Suite 200
                                        Madison, WI 53703
                                        Tel:  (608) 257-5661
                                        Fax: (608) 257-5444
                                        mmodl@axley.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 30, 2021, I caused the foregoing document to be served on all counsel of record via the CM/ECF system.

Dated:  July 30, 2021                         /s/ Michael J. Modl
                                                                              Michael J. Modl